

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00185-CV

**DEBBIE ECHOLS AND RHONDA ECHOLS,**

         **Appellants**

**v.**

**GULLEDGE & SONS, LLC,**
**PATRICK SIMMONS, MARTHA LYNCH,**
**GROESBECK ABSTRACT & TITLE CO., INC.,**
**AND CANNON & SIMMONS (CANNON & WILSON, PC),**

         **Appellees**

---

**From the 87th District Court**
**Limestone County, Texas**
**Trial Court No. 29,385A**

---

## MEMORANDUM OPINION

---

Debbie Echols and Rhonda Echols filed three separate lawsuits arising out of a 1996 real estate transaction. The trial court consolidated the three lawsuits resulting in one lawsuit, Cause No. 29,385-A, Debbie Echols and Rhonda Echols v. Gulledge and Sons, L.L.C.; Groesbeck Abstract & Title Co., Inc., D/B/A Limestone County Title Company; Patrick Simmons, Martha Lynch, and Cannon & Simmons (now known as

Cannon & Wilson, P.C.). The Echols filed a motion for partial summary judgment against the defendants, and that motion was denied on April 27, 2012. On that same day, the trial court granted the summary judgment motion of Patrick Simmons, Martha Lynch, and Cannon & Wilson P.C. The Echols appeal from the trial court's order granting the summary judgment motion.

The general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree. *Id*. When there has not been a conventional trial on the merits, an order or judgment is not final for purposes of appeal unless it actually disposes of every pending claim and party or unless it clearly and unequivocally states that it finally disposes of all claims and all parties. *Lehmann v. Har-Con Corp.*, 39 S.W.3d at 205.

The trial court's April 27 Order states, "Plaintiffs shall take nothing by their claims against Defendants Patrick Simmons, Martha Lynch, and Cannon & Wilson, P.C." Nothing in the Order indicates that it is a final judgment, and it did not dispose of all the parties and claims in this case. The Echols' claims against Gulledge and Sons, L.L.C. and Groesbeck Abstract & Title are still pending in the trial court. Therefore, the Order granting the motion for summary judgment of Patrick Simmons, Martha Lynch, and Cannon & Wilson, P.C. is not a final appealable order, and this Court lacks jurisdiction to consider this appeal.

Patrick Simmons, Martha Lynch, and Cannon & Wilson, P.C. filed a motion to dismiss for want of jurisdiction. That motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed August 30, 2012
[CV06]